IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SUE ANN ROBERTSON                        :          CIVIL ACTION
                                         :
           vs.                           :
                                         :          NO. 02-3690
AMERICAN FAMILY SERVICES
FOUNDATION

O R D E R

**AND NOW, TO WIT:** This 21st day of November, 2002, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY: _____
         Carol D. James,
         Deputy Clerk

*mailed from chambers 11/21/02:*
          *David Dearden, Esq.*
          *Scott Heckman, Esq.*
          *Sean Hart, Esq.*

Civ 2 (7/95)
41(b).frm