IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUE ANN ROBERTSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMERICAN FAMILY SERVICES | : | |
| FOUNDATION | : | NO. 02-3690 |

<u>ORDER</u>

AND NOW, this     day of November, 2002, upon consideration of the defendant's Motion to Dismiss (Docket No. 3), IT IS HEREBY ORDERED that because the case has settled the motion is DENIED as moot.

BY THE COURT:

_____
MARY A. MCLAUGHLIN,  J.